1150

No. 95–8343.  CONTI v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–961.  MCDANIEL, WARDEN, ET AL. v. MCKENNA.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1265.  FLORIDA v. JONES.  Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1305.  JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION v. REED.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 95–1098.  CASELLA v. EQUIFAX CREDIT INFORMATION SERVICES ET AL.  C. A. 2d Cir.  Motion of National Association of Consumer Advocates et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 95–1223.  A. A. & M. CARTING SERVICE, INC., ET AL. v. TOWN OF BABYLON ET AL.  C. A. 2d Cir.  Motion of New York State Conference of Mayors and Municipal Officers for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 95–1224.  BROIDA v. HOROWITZ ET AL.  C. A. 11th Cir. Motion of petitioner to strike the brief in opposition denied.  Certiorari denied.

No. 95–7864.  SAUNDERS v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.